# EXHIBIT 1

# Law Office of Luke P. Travis

P.O. BOX 3288
10 NORTH MAIN STREET
FALL RIVER, MASSACHUSETTS 02722-3288

TEL: (508) 676-3333
FAX: (508) 678-1698
Email: luke@bristollegal.com

TID: 27-2415588

October 17, 2018

Karen M. Cronan aka Karen M. Cronin aka
Karen Merritt Cronan aka Karen R. Merritt
7 Brayton Woods Drive
Rehoboth, MA  02769

RE:     Real Estate Loan Transaction dated:  September 17, 2010
        Mortgaged Premises:  7 Brayton Woods Drive, Rehoboth, MA

Dear Ms. Cronan:

Please be advised that this office represents PENSCO Trust Company Custodian FBO James P. Tiernan, IRA and PENSCO Trust Company Custodian FBO Richard J. Fagan, IRA  (hereinafter collectively "Lender"), with respect to the above matter.

My client has informed me that you have been in default in payments due on the above-referenced indebtedness since September 17, 2011.  As a result of said default, in the name of and on behalf of the Lender, I hereby make demand for payment in full of all sums currently due to the Lender, including unpaid principal, accrued interest, late charges, and attorney's fees.  Unless this payment in full is made within 150 days of receipt of this letter, the outstanding principal balance on this account, plus accrued interest, late charges and attorney's fees shall become due and payable.  Per the attached, as of September 30, 2018 the outstanding principal balance is One Million Eleven Thousand Five Hundred Seventy Two and 00/100 ($1,011,572.00) Dollars.  The per diem is $345.86. Per the attached, an additional amount of One Hundred Twenty Thousand Six Hundred Thirty Five and 44/100 Dollars ($120,635.44) is due and payable for real estate taxes, homeowners insurance and legal fees for collection which have been paid by your lender.

Pursuant to Massachusetts General Laws Chapter 35A, be further advised that unless payment in full is made as set forth above within 150 day of the date of this letter, I have been instructed by my client to initiate foreclosure proceedings against the property which is security for this indebtedness. Please contact this office, and we can provide you with the total amount due on this loan. If you disagree with the default or calculation of balance, you may contact me at the address and phone number above.  If you have any questions, you or your attorney should contact me.  No partial payments of sums currently due to the Lender will be accepted.

You may be eligible for assistance from the Massachusetts Housing Finance Agency (800-882-1154) or the Massachusetts Division of Banks (617-956-1501).

Very truly yours,
Law Office of Luke P. Travis, P.C.

Luke P. Travis

REGULAR MAIL and CERTIFIED MAIL

**MORTGAGED PROPERTY: 7 Brayton Woods Drive, Rehoboth, MA**
**BORROWERS: Karen R. Merritt and James M. Cronan**

| | | Original Amount $146,500 | | | Original Amount $165,000 | |
|---|---|---|---|---|---|---|
| 9.17.10 | Principal | $146,500.00 | 9.17.10 | Principal | $165,000.00 | |
| | Interest | $26,370.00 (18% interest on $146,500 orig. amt. Principal ("P")) | | Interest | $29,700.00 | |
| | 3% Fee | $5,186.10 | | 3% Fee | $5,841.00 | |
| 9.17.11 | Principal | $178,056.10 (21.54% interest on P + 3% Fee) | 9.17.11 | Principal | $200,541.00 | (interest %'s same on this loan) |
| 9.17.12 | Interest | $26,708.42 (18.23% interest on P) | 9.17.12 | Interest | $30,081.15 | |
| | Principal | $204,764.52 | | Principal | $230,622.15 | |
| 9.17.13 | Interest | $30,714.68 (20.97% interest on P) | 9.17.13 | Interest | $34,593.32 | |
| | Principal | $235,479.19 | | Principal | $265,215.47 | |
| 9.17.14 | Interest | $35,321.88 (24.11% interest on P) | 9.17.14 | Interest | $39,782.32 | |
| | Principal | $270,801.07 | | Principal | $304,997.79 | |
| 9.17.15 | Interest | $40,620.16 (27.73% interest on P) | 9.17.15 | Interest | $45,749.67 | |
| | Principal | $311,421.23 | | Principal | $350,747.46 | |
| 9.17.16 | Interest | $46,713.18 (31.89% interest on P) | 9.17.16 | Interest | $52,612.12 | |
| | Principal | $358,134.42 | | Principal | $403,359.58 | |
| 9.17.17 | Interest | $53,720.16 (36.67% interest on P) | 9.17.17 | Interest | $60,503.94 | |
| | Principal | $411,854.58 | | Principal | $463,863.52 | |
| 9.17.18 | Interest | $61,778.19 (42.17% interest on P) | 9.17.18 | Interest | $69,579.53 | |
| | Principal | $473,632.77 | | Principal | $533,443.05 | |
| 9.30.18 | Interest | $2,114.58 | 9.30.18 | Interest | $2,381.60 | |
| | BALANCE | $475,747.35 | | BALANCE | $535,824.65 | |

Added to the above balances:
| | |
|---|---|
| Real Estate Taxes Paid to Town of Rehoboth: | $88,887.39 |
| Forced Placed Homeowners Insurance | $12,589.37 |
| Legal Fees/Costs of Collection | $19,158.68 |
| **TOTAL ADDITIONAL AMOUNTS DUE** | **$120,635.44** |

*Lenders improperly charged compound interest (i.e., interest on overdue interest) at 15% each year (after 18% first year) rather than simple annual interest as called for in the notes and mandated under MA law. By charging compound interest the interest rates charged went well above the maximum 20% legal amount and thus violate the criminal usury statute. (The annual interest rate is calculated using the following formula: $I/Pt = r$.)

Running this forward the next two years, the lenders charged 48.46% interest on 9/17/2019 and 55.77% interest on 9/17/2020. Applying that interest charged, as of 9/17/2020, the amount claimed by the lenders would have been $626,379.34 and $705,478.43 respectively, for a total outstanding principal balance of $1,331,857.77.

Thus, on the original $311,500 loans, the lenders charged well over $1 million in interest.

11

# EXHIBIT 2



*The Commonwealth of Massachusetts*

**OFFICE OF THE SHERIFF**

*County of Bristol*

PAUL HEROUX, SHERIFF

108 Court Street • P.O. Box 8928
New Bedford, MA 02740

NOTICE OF EVICTION



Tel: 508-992-6631
Fax: 508-991-6016

October 7, 2024

Karen R Merritt
7 Brayton Woods Drive
Rehoboth, MA 02769

    You are hereby notified that pursuant to an execution for possession, issued by the **Taunton Housing Court, Docket # 20H83CV00167TA**, I will take possession of the premises that you now hold by physically removing you and your personal property on _____10/10/2024_____ at _____9:00AM_____ in the forenoon. **After this date and time, you will no longer be able to enter the premises to retrieve any belongings. Any personal property remaining will be placed in a licensed public warehouse.**

    If you vacate the premises prior to the above date, you must make arrangements with the deputy sheriff's office for the return of the keys.

                        *R Brassard*

Robert Brassard
Deputy Sheriff
108 Court Street
New Bedford, MA  02740
508-992-6631

| MOVING AND STORAGE COMPANY INFORMATION: |
| --- |
| NAME: Southcoast Moving, Storage and Property Management, LLC |
| ADDRESS: 449 Bolton Street, New Bedford, MA 02740 |
| TELEPHONE#: 508-984-4111 (office)        508-997-2337 (fax) |

Please note that the above movers may sell at auction any property unclaimed after six months and may retain that portion of the proceeds necessary to compensate the warehouseman for unpaid storage fees accrued as of the date of auction except as provided by G.L. c. 239 section 4. You may obtain the storage rates by contacting the Commissioner of the Division of Occupational Licensure at 1000 Washington Street Suite 710, Boston, MA 02118 -- Tel# (617)701-8600.

    **You should notify the above mover in writing at the business address above of any change in your mailing address so they can properly notify you if you fail to retrieve your property.**

Acushnet  •  Attleboro  •  Berkley  •  Dartmouth  •  Dighton  •  Easton  •  Fairhaven  •  Fall  River  •  Freetown  •  Mansfield
New  Bedford  •  North  Attleboro  •  Norton  •  Raynham  •  Rehoboth  •  Seekonk  •  Somerset  •  Swansea  •  Taunton  •  Westport

| EXECUTION FOR POSSESSION AND MONEY JUDGMENT | DOCKET NUMBER 20H83CV00167TA | Trial Court of Massachusetts Housing Court Department |
|---|---|---|
| CASE NAME: L&s Realty, Llc v. James M Cronan et al | | |

| JUDGMENT- DEBTOR(S) AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| James M. Cronan<br>Karen R. Merritt<br>Molly Cronan<br>Jospeh Cronan<br>Charles Cronan | Southeast Housing Court - Taunton<br>40 Broadway Street, Suite 1306<br>Taunton, MA 02780<br>(508)977-4950 |

| JUDGMENT- CREDITOR(S) (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | JUDGMENT- CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED |
|---|---|
| John T Fiegel, Esq.<br>Godbout Law, PLLC<br>33 Broad St<br>11th Flr<br>Boston, MA 02109 | L&s Realty, Llc |

| PREMISES ADDRESS: 7 Brayton Woods Drive  Rehoboth MA 02769 | FURTHER ORDERS OF THE COURT: |
|---|---|

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The Judgment- Creditor(s) named above has/have recovered Judgment and Possession of the subject premises shown above, which were leased or rented for dwelling purposes against the Judgment-Debtor(s) named above on

**MONEY JUDGMENT: WE COMMAND YOU,** therefore, to collect the below sum, with your fees, of the money of said Judgment-Debtor(s), his or her goods, chattels, lands or tenements, in any manner permitted by law, and to return this writ with said Judgment-Debtor(s) to the clerk of this Court, all within twenty years from the "Date Judgment Entered", or within ten days after this writ has been satisfied or discharged.

**POSSESSION JUDGMENT: WE COMMAND YOU,** therefore, to deliver said premises to the Judgment-Creditor(s) in accordance with the requirements of G.L. c. 235, § 23 and G.L. c. 239, § 3, to cause the Judgment-Creditor(s) to have possession of the premises shown above without delay.

This Writ of Execution is valid until 12/30/2024 for possession only. This form must be returned to the Clerk-Magistrate's office of this court, along with your return of service, within ten days after this judgment for possession has been satisfied or discharged, or after 12/30/2024 if this judgment remains unsatisfied or undischarged.

**NOTICE TO OFFICER:** This Writ of Execution for possession is valid until 12/30/2024.

| 1. Date Judgment Entered | |
|---|---|
| 2. Compensatory Damages | 09/20/2021 |
| 3. Punitive Damages | $32,882.60 |
| 4. Attorney Fees (if any) | $ |
| 5. Prejudgment Interest | $ |
| 6. Court Costs | |
| 7. Judgment Total | $706.54 |
| 8. Postjudgment Interest | $33,589.14 |
| 9. EXECUTION TOTAL ( Lines 2 + 5 + 6 + 8, plus Line 3 & Line 4, if any) | $12,233.27 |
| | $45,822.41 |

*A TRUE ATTESTED COPY*<br>*BRISTOL COUNTY DEPUTY SHERIFF*

| RETURN OF SERVICE: ☐ Satisfied as to BOTH  ☐ Satisfied as to Money Judgment ONLY  ☐ Satisfied as to Possession ONLY |
|---|

| TESTE OF FIRST JUSTICE WITNESS: Hon. Donna Salvidio | DATE EXECUTION ISSUED 10/01/2024 | CLERK-MAGISTRATE / ASST. / INTERIM X | *Joseph D. McIntyre* |
|---|---|---|---|

Date/Time Printed: 10-01-2024 10:47:57

HC027: 5/2019

14

# EXHIBIT 3

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

#1 

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 2573CV0006C | Massachusetts Trial Court Superior Court |
|---|---|---|
| | | COUNTY Bristol Superior Court (Taunton) |

| Plaintiff 80 Fountain Street, LLC | Defendant: James M. Cronan |
|---|---|
| ADDRESS: 80 Fountain Street | ADDRESS: .25 Morgan Avenue |
| Pawtucket, RI 02860 | Warwick, RI 02889 |

BRISTOL SUPERIOR COURT
FILED

| Plaintiff Attorney: Blake J. Godbout | Defendant: Karen Merritt |
|---|---|
| ADDRESS: 33 Broad St. | ADDRESS: 91 Oak Street |
| 11th Floor | Norton, MA 02766 |
| Boston, MA 02109 | |
| BBO: 196380 | |

JAN - 6 2025

JENNIFER A. SULLIVAN, ESQ.
CLERK/MAGISTRATE

| CODE NO. E99 | TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page) |
|---|---|
| | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
| | COMPLAINT TO REGISTER JUDGMENT | F | ☐ YES  ☒ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?          Is there a class action under Mass. R. Civ. P. 23?
☐ YES  ☒ NO                                ☐ YES  ☒ NO

STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages.
(Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

TORT CLAIMS

A. Documented medical expenses to date
  1. Total hospital expenses ............................................. _____
  2. Total doctor expenses ............................................. _____
  3. Total chiropractic expenses ....................................... _____
  4. Total physical therapy expenses ................................... _____
  5. Total other expenses (describe below) ............................. _____
  _____
                                        Subtotal (1-5):        $0.00
B. Documented lost wages and compensation to date ..................... _____
C. Documented property damages to date ............................... _____
D. Reasonably anticipated future medical and hospital expenses ........ _____
E. Reasonably anticipated lost wages ................................. _____
F. Other documented items of damages (describe below) ................ $281,336.03
  _____
                                        TOTAL (A-F):          $281,336.03
G. Briefly describe plaintiff's injury, including the nature and extent of the injury:
COMPLAINT TO REGISTER JUDGMENT

CONTRACT CLAIMS

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

| Signature of Attorney/Self-Represented Plaintiff: X | Date: 1/6/25 |
|---|---|

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

CERTIFICATION UNDER S.J.C. RULE 1:18(5)

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

| Signature of Attorney: X | Date: 1/6/25 |
|---|---|

SC0001: 02/24                    www.mass.gov/courts                    Date/Time Printed:01-06-2025 13:54:38

16

# EXHIBIT 4

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

#2

## COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.        BRISTOL SUPERIOR COURT    BRISTOL SUPERIOR COURT
                             FILED                        CIVIL ACTION NO.

                          JAN – 6 2025                    2573CV0006 C

80 FOUNTAIN STREET, LLC         )
                    JENNIFER A. SULLIVAN, ESQ.
Plaintiff,          CLERK/MAGISTRATE
                                )
v.                              )    **VERIFIED COMPLAINT TO**
                                )    **REGISTER JUDGMENT**
JAMES CRONAN and                )
KAREN MERRITT                   )
                                )
Defendants.                     )
_____)

## COMPLAINT TO REGISTER JUDGMENT

Plaintiff, 80 Fountain Street, LLC ("80 Fountain"), brings this action pursuant to U.S.

Const. Art. IV §1, the Constitution's Full Faith and Credit Clause, to register the original

judgment (the "Judgment") entered in the United States Bankruptcy Court for the District of

Rhode Island on November 30, 2012 against Defendant James M. Cronan ("Cronan") and

Defendant Karen Cronan (now, Karen Merritt)[1] ("Merritt")(collectively, the "Defendants"), in

bankruptcy case number 10-10837 (the "Bankruptcy") and adversary proceeding number 11-

1036 (the "Adversary Proceeding").  A copy of the Judgment is attached hereto as Exhibit A.

## PARTIES

1.      Plaintiff 80 Fountain is a Rhode Island limited liability company with a

principal place of business at 80 Fountain Street, Pawtucket, RI.

---

[1] The Adversary Proceeding Defendants James M. Cronan and Karen Cronan are now divorced and Karen Cronan
now goes by her maiden name, Karen Merritt.

1

Date Filed 1/8/2025 5:12 PM
Superior Court - Bristol
Docket Number

2.     Defendant Cronan resides at 25 Morgan Avenue, Warwick, RI.

3.     Defendant Merritt resides at 91 Oak Street, Norton, MA.

## JURISDICTION AND VENUE

1. Under U.S. Const. Art. IV §1, this Court has jurisdiction to recognize and give full faith and credit to the Judgment. 28 U.S.C.S. § 1738.

2. Jurisdiction is properly conferred by M.G.L ch. 212 §3, ch. 214 § 4, and ch. 223A § 3.

3. Venue is proper in this Court pursuant to M.G.L. c. 223 § 1 because the Defendant Karen Merritt is a resident of Bristol County.

## FACTUAL ALLEGATIONS

4.     On May 3, 2011, Joseph M. DiOrio, the Chapter 7 Trustee of the Bankruptcy proceeding (the "Trustee"), filed the Adversary Proceeding against Cronan and Merritt seeking avoidance of cash transfers, fraudulent transfers, property transfers and to recover the value thereof.

5.     On November 30, 2012, the Bankruptcy Court entered the Default Judgment in favor of the Trustee and against the Defendants. The Judgement entered against (1) Cronan for damages in the amount of $244,936.03, plus 12% interest; and against (2) Merritt for damages in the amount of $16,400.00, plus 12% interest.  See Exhibit A.

6.     At all times relevant to the Adversary Proceeding, Cronan and Merritt both resided at 7 Brayton Woods Drive, Rehoboth, MA.

7.     On November 20, 2024, the Bankruptcy Court entered an Order granting the Trustee's Motion for Approval of Sale of Judgment.

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

8.    On November 27, 2024, the Trustee entered into a written Assignment of the Judgment, a copy of which is attached hereto as Exhibit B, and pursuant to which 80 Fountain is now the Judgment Creditor.

9.    On December 31, 2024, the Bankruptcy Court granted 80 Fountain's Motion for Issuance of Writs of Execution against Cronan and Merrit, See Exhibit C, which were duly issued the same day, See Exhibits D and E.

10.    On January 3, 2025, the Bankruptcy Court certified the Judgment for registration in this district. See Exhibit F.

11.    80 Fountain is now seeking to register the Judgment in this Court, and, in accordance with M.G.L ch. 224, §§ 14 and 15, and Mass. R. Civ. P. Rule 69, to enforce the Judgment for the payment of money through execution and supplementary process.

**WHEREFORE**, the Plaintiff 80 Fountain hereby requests that this Court: (i) register the Judgment in this Court allowing 80 Fountain to continue forward with post-judgment collection procedures, (ii) issue executions with interest at twelve (12%) percent; and (iii) grant such other relief as is just and equitable.

Respectfully submitted,
80 FOUNTAIN STREET LLC
by its attorneys,

/s/ Blake J. Godbout

Blake J. Godbout, BBO# 196380
blake@bjgalaw.com
John T. Fiegel, Esq., BBO# 688904
jfiegel@bjglaw.com
GODBOUT LAW PLLC
33 Broad Street, 11th Floor
Boston, MA 02109
(617) 523-6677

Dated: January 6, 2025

3

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

## VERIFICATION

I, James P. Tiernan_____, Manager of 80 Fountain Street LLC, verify under oath that I have read this Verified Complaint and the factual allegations are true and accurate to the best of my knowledge, information or belief; and as to the allegations based upon information and belief, I believe this information also to be true; and no material facts have been omitted.

SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4th DAY OF JANUARY 2025.

James P. T_____

4

21

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

# Exhibit A

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: | : | Bk. No. 10-10837 |
| **CLASSIC DISPLAY, INC.** | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| JOSEPH M. DiORIO, CHAPTER 7 | : | |
| TRUSTEE OF CLASSIC DISPLAY, INC. | : | |
| Plaintiff | : | |
| | : | Adv. Pro. No. 11-1036 |
| v. | : | |
| | : | |
| JAMES M. CRONAN and | : | |
| KAREN CRONAN | : | |
| Defendants. | : | |

## DEFAULT JUDGMENT

It appearing that Default hereby entered, pursuant to Federal Rules of Bankruptcy Procedure 7037 and Federal Rules of Civil Procedure 37 in favor of the Plaintiff and against Defendants, on July 11, 2012, and based on the Affidavit of Frank R. DeLuca accompanying the Motion for Default Judgment, this Court enters Default Judgment in favor of Plaintiff and (1) against Defendant James M. Cronan for damages in the amount of $244,936.03, plus interest; and (2) against Defendant Karen Cronan for damages in the amount of $16,400.00, plus interest.

*Diane Finkle*

U.S. Bankruptcy Court Judge
Date: 11/30/2012

Date: September 18, 2012

I hereby certify that this instrument, document no. __55__, _____ on _11/30/12_, is a true and correct copy of the electronically filed/imaged original.
Attest: Jonathan E. Pincince, Clerk
U.S. Bankruptcy Court
District of Rhode Island
By: _____
Deputy Clerk

23

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

# Exhibit B

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

Case 1:10-bk-10837    Doc 212    Filed 12/05/24    Entered 12/05/24 16:12:47    Desc Main
Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:  CLASSIC DISPLAY, INC.,                      Case No.: 1:10-bk-10837

                        Debtor.                      Chapter 7

## NOTICE OF ASSIGNMENT
## OF JUDGMENT

PLEASE TAKE NOTICE that the Judgment dated November 30, 2012, obtained by the

Chapter 7 Trustee on behalf of Classic Display, Inc. in the Adversary Proceeding entitled *Joseph*

*M. DiOrio, Chapter 7 Trustee for Classic Display, Inc. v James M. Cronan and Karen Cronan,*

*Adv. Proc. No. 11-1036,* has been assigned to 80 Fountain Street, LLC, pursuant to the

Assignment of Judgment annexed hereto as Exhibit A and the Order of the Bankruptcy Court,

dated November 20, 2024, a copy of which is annexed hereto as Exhibit B.

Respectfully submitted,

80 FOUNTAIN STREET, LLC,

By its Attorneys,


    /s/ Charles S. Beal
Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, RI 02903
Tel.:   (401) 270-6200
Fax:    (401 490-0117
cbeal@beallawllc.com

Date:   December 5, 2024

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

## CERTIFICATE OF SERVICE

I hereby certify that, on December 5, 2024, I electronically filed the foregoing document in the above-captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF system. The following CM/ECF participants will receive notice electronically:

- Joseph M. DiOrio — jdiorio@pldolaw.com, aperry@pldolaw.com
- Edward G. Avila — eavila@rcfp.com, mmacknight@rcfp.com
- Steven J. Boyajian — sboyajian@rc.com, bvucci@rc.com
- Daniel E. Burgoyne — dburgoyne@psh.com, kfrancois@psh.com
- Gary L. Donahue — ustpregion01.pr.ecf@usdoj.gov
- Sandra Nicholls — Sandra.nicholls@usdoj.gov
- Constant S. Poholek — cplawwassociates@comcast.net, rebeccaprizio@gmail.com, poholekcr733344@notify.bestcase.com

I further certify that on December 5, 2024, I have mailed by United States Postal Service, postage pre-paid, the document to the following non CM-ECF participants:

James M. Cronan
25 Morgan Avenue
Warwick, RI 02889

Karen Merritt
91 Oak Street
Norton, MA 02766

/s/ Charles S. Beal

## ASSIGNMENT OF JUDGMENT

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned Joseph M. DiOrio, Chapter 7 Trustee for the Bankruptcy Estate of Classic Display Inc. and not individually, (the "ASSIGNOR"), hereby assigns and transfers to 80 Fountain Street, LLC (the "ASSIGNEE"), without recourse, all right title and interest in and to a judgment issued by the United State Bankruptcy Court District of Rhode Island (the "Court") Docket No. 10-10837 dated September 18, 2012 against James M. Cronan in the amount of $244,936.03, plus interest, and against Karen Cronan (Merritt) in the amount of $16,400.00, plus interest, a true copy of which is attached hereto as Exhibit A (the "Judgment").

1.    Consideration. Consideration for the transfer is a warrant in favor of the ASSIGNEE for twenty-five thousand dollars ($25,000).

2.    ASSIGNOR's Representations. The ASSIGNOR represents and warrants that he is authorized to assign the Judgment by the Court pursuant to its Order attached hereto, and that no payments have been made on account of the Judgment.

3.    ASSIGNEE's Representations. The ASSIGNEE represents and warrants that the issuance of the consideration was duly authorized.

4.    General Provisions.

(a) Entire Agreement. This Assignment contains the entire agreement of the parties hereto with respect to the subject matter hereof and supersedes all prior understandings and agreements (oral and written) of the parties with respect to the subject matter hereof.

(b) Severability. If any term or other provision of this Agreement is invalid, illegal or incapable of being enforced by any rule of law or public policy, all other conditions and provisions of this Agreement shall nevertheless remain in full force and effect so long as the economic or legal substance of the transactions contemplated hereby is not affected in any manner adverse to any party. Upon such determination that any term or other provision is invalid, illegal or incapable of being enforced, the parties hereto shall negotiate in good faith to modify this Assignment so as to effect the original intent of the parties as closely as possible in an acceptable manner to the end that the transactions contemplated hereby are fulfilled to the greatest extent possible.

(c) Additional. This Assignment and the obligations of the ASSIGNOR and the ASSIGNEE hereunder shall be binding upon and inure to the benefit of the ASSIGNOR and the ASSIGNEE and their respective successors and assigns, shall be governed by and construed in accordance with the laws of Rhode Island and may not be modified or amended in any manner other than by a written agreement signed by the parties to be charged therewith. This agreement is intended to take effect as a sealed instrument.

IN WITNESS WHEREOF, the ASSIGNOR, Issuer, Guarantor and ASSIGNEE have caused this Purchase and Sale Agreement to be duly executed as of the date first above written.

1

4885-7436-2357, v. 2

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

Case 1:10-bk-10837    Doc 212-1    Filed 12/05/24    Entered 12/05/24 16:12:47    Desc
Exhibit    Page 2 of 5

**ASSIGNOR:**
**JOSEPH M. DIORIO, Chapter 7 Trustee**
**For the Bankruptcy Estate of Classic Display Inc., and not individually.**

Date: 11/27/24

Signature

Joseph M. D'Orio

[Name and Title]    Trustee

**ASSIGNEE:**
**80 FOUNTAIN STREET, LLC**

Date: 11.27.24

Signature

James P. Tierman, Member

[Name and Title]

2

Case 1:10-bk-10837    Doc 212-1    Filed 12/05/24    Entered 12/05/24 16:12:47    Desc
Exhibit    Page 3 of 5

# EXHIBIT A

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

Case 1:10-bk-10837   Doc 212-1   Filed 12/05/24   Entered 12/05/24 16:12:47   Desc
Exhibit   Page 4 of 5
Case 1:11-ap-01036   Doc 55   Filed 11/30/12   Entered 11/30/12 13:56:57   Desc Main
Document   Page 1 of 1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: | Bk. No. 10-10837 |
| **CLASSIC DISPLAY, INC.**<br>      Debtor. | Chapter 7 |
| **JOSEPH M. DIORIO, CHAPTER 7<br>TRUSTEE OF CLASSIC DISPLAY, INC.**<br>        Plaintiff | |
| v. | Adv. Pro. No. 11-1036 |
| **JAMES M. CRONAN** and<br>**KAREN CRONAN**<br>       Defendants. | |

### DEFAULT JUDGMENT

It appearing that Default hereby entered, pursuant to Federal Rules of Bankruptcy Procedure 7037 and Federal Rules of Civil Procedure 37 in favor of the Plaintiff and against Defendants, on July 11, 2012, and based on the Affidavit of Frank R. DeLuca accompanying the Motion for Default Judgment, this Court enters Default Judgment in favor of Plaintiff and (1) against Defendant James M. Cronan for damages in the amount of $244,936.03, plus interest; and (2) against Defendant Karen Cronan for damages in the amount of $16,400.00, plus interest.

*Diane Finkle*

U.S. Bankruptcy Court Judge
Date: 11/30/2012

Date: September 18, 2012

30

Date Filed 1/8/2025 5:12 PM
Superior Court - Bristol
Docket Number

Case 1:10-bk-10837   Doc 212-1   Filed 12/05/24   Entered 12/05/24 16:12:47   Desc
Exhibit    Page 5 of 5

Case 1:10-bk-10837   Doc 209   Filed 11/20/24   Entered 11/20/24 13:47:12   Desc Main
Document    Page 3 of 7

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In re: Classic Display, Inc.                          Case No. 1:10-bk-10837
       *Debtor,*                                      Chapter 7

### CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2024, I electronically filed the foregoing document in the above-captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF system. The following CM/ECF participants will receive notice electronically:

- Edward G. Avila    eavila@rcfp.com, mmacknight@rcfp.com
- Steven J. Boyajian    sboyajian@rc.com, bvucci@rc.com
- Daniel E. Burgoyne    dburgoyne@psh.dom, kfrancois@psh.com
- Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov
- Sandra Nicholls    sandra.nicholls@usdoj.gov
- Constant S. Poholek    cplawassociates@comcast.net, rebecca.prizio@gmail.com; poholekcr73344@notify.bestcase.com

I further certify that on November 12, 2024, I have mailed by United States Postal Service, postage pre-paid, the document to the following non CM-ECF participants:

James Cronan
25 Morgan Avenue
Warwick RI 02889

Karen Merritt
7 Brayton Woods Drive
Rehoboth, MA 02769

And all parties identified on the Creditor Mailing Matrix attached hereto as Exhibit A.

*/s/ Joseph M. DiOrio*

4865-4737-8938, v. 1

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

Case 1:10-bk-10837    Doc 212-2    Filed 12/05/24    Entered 12/05/24 16:12:47    Desc
Exhibit    Page 1 of 7
Case 1:10-bk-10837    Doc 209    Filed 11/20/24    Entered 11/20/24 13:47:12    Desc Main
Document    Page 1 of 7

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In re: Classic Display, Inc.                                    Case No. 1:10-bk-10837
           *Debtor,*                                    Chapter 7

### ORDER GRANTING MOTION FOR APPROVAL OF SALE OF JUDGEMENTS

### PURSUANT TO ~~11 USC §363~~ AND

### NOTICE OF INTENT TO SELL JUDGEMENTS BY PRIVATE

### SALE AND INVITATION FOR COMPETING BIDS

This matter of the Trustee's Motion for Approval of the Sale of Judgments Pursuant to ~~11 USC §363~~ and Notice of Intent to Sell Judgments by Private Sale and Invitation for Competing Bid is hereby GRANTED.

and in the Supplement to the Motion,

1. Based on the representations set forth in the Motion, the Motion is Granted;

2. The Notice of Sale is Approved;

3. The Sale is fair, fair and commercially reasonable, that the Judgements have been marketed in a fair and commercially reasonable manner, that all the terms and conditions of said sale are fair and commercially reasonable, that the Buyer is a good faith purchaser under ~~11 USC §363(m)~~, that the sale is in the best interest of the bankruptcy estate and its creditors;

4. Trustee is authorized to execute any and all documents necessary to consummate the sale with the Buyer or to any other Court-approved successful competing bidder.

Date: November _20th_ , 2024    *Diane Finkle*

                            The Honorable Diane Finkle
                            United States Bankruptcy Judge

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

Case 1:10-bk-10837    Doc 212-2    Filed 12/05/24    Entered 12/05/24 16:12:47    Desc
Exhibit    Page 2 of 7
Case 1:10-bk-10837    Doc 209    Filed 11/20/24    Entered 11/20/24 13:47:12    Desc Main
Document    Page 2 of 7


Respectfully submitted,



/s/ Joseph M. DiOrio
Joseph M. DiOrio (#2616)
Amanda Perry Lepre (#9738)
PANNONE LOPES DEVEREAUX & O'GARA LLC
Northwoods Office Park
1301 Atwood Avenue, Suite 215N
Johnston, RI· 02919
(401) 824-5180
(401) 824-5123 fax
jdiorio@pldolaw.com
aperry@pldolaw.com

Date: November 12, 2024

4865-4737-8936, v. 1

33

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

Case 1:10-bk-10837    Doc 212-2    Filed 12/05/24    Entered 12/05/24 16:12:47    Desc
Exhibit    Page 3 of 7
Case 1:10-bk-10837    Doc 209    Filed 11/20/24    Entered 11/20/24 13:47:12    Desc Main
Document    Page 3 of 7

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In re: Classic Display, Inc.                              Case No. 1:10-bk-10837
    _Debtor,_                              Chapter 7

### CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2024, I electronically filed the foregoing document in the above-captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF system. The following CM/ECF participants will receive notice electronically:

- **Edward G. Avila**    eavila@rcfp.com, mmacknight@rcfp.com
- **Steven J. Boyajian**    sboyajian@rc.com, bvucci@rc.com
- **Daniel E. Burgoyne**    dburgoyne@psh.com, kfrancois@psh.com
- **Gary L. Donahue**    ustpregion01.pr.ecf@usdoj.gov
- **Sandra Nicholls**    sandra.nicholls@usdoj.gov
- **Constant S. Poholek**    cplawassociates@comcast.net, rebecca.prizio@gmail.com; poholekcr73344@notify.bestcase.com

I further certify that on November 12, 2024, I have mailed by United States Postal Service, postage pre-paid, the document to the following non CM-ECF participants:

James Cronan
25 Morgan Avenue
Warwick RI 02889

Karen Merritt
7 Brayton Woods Drive
Rehoboth, MA 02769

And all parties identified on the Creditor Mailing Matrix attached hereto as <u>Exhibit A</u>.

_/s/ Joseph M. DiOrio_

4885-4737-8936, v. 1

34

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

Case 1:10-bk-10837    Doc 212-2    Filed 12/05/24    Entered 12/05/24 16:12:47    Desc
Exhibit    Page 4 of 7
Case 1:10-bk-10837    Doc 209    Filed 11/20/24    Entered 11/20/24 13:47:12    Desc Main
Document    Page 4 of 7

Exhibit A

4865-4737-8936, v. 1

35

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

Case 1:10-bk-10837    Doc 212-2    Filed 12/05/24    Entered 12/05/24 16:12:47    Desc
Exhibit    Page 5 of 7

Case 1:10-bk-10837    Doc 209    Filed 11/20/24    Entered 11/20/24 13:47:12    Desc Main
Document    Page 5 of 7

Label Matrix for local noticing
0103-1
Case 1:10-bk-10837
District of Rhode Island
Providence
Tue Nov 12 12:33:53 EST 2024

Advanced Business Machines
11 Powder Hill Road
Lincoln, RI 02865-4407

Airgas
17 Northwestern Drive
Salem, NH 03079-4809

Allied Waste
1080 Airport Road
Fall River, MA 02720-4736

Edward G. Avila
Roberts Carroll, Feldstein & Peirce
10 Weybosset Street - 8th floor
Providence, RI 02903-2825

Steven J. Boyajian
ROBINSON & COLE, LLP
One Financial Plaza
Suite 1430
Providence, RI 02903-2485

Bristol County Savings Bank
Attn. Carol Sweeney
35 Broadway
Taunton, MA 02780-3242

Broadway Tire, Inc.
588 Broadway
Pawtucket RI 02860-1297

Daniel E. Burgoyne
Partridge Snow & Hahn LLP
40 Westminster Street, Suite 1100
Providence, RI 02903-2527

CIT Technology Fin Serv., Inc.
PO Box 550599
Jacksonville FL 32255-0599

CIT Technology Fin Serv., Inc.
c/o Bankruptcy Processing Solutions Inc.
1162 E. Sonterra Blvd., Suite 130
San Antonio, TX 78258-4048

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citibank, N.A.
701 East 60th Street North
SIOUX FALLS, SD 57104-0432

City of Pawtucket
Rossi Law Offices
28 Thurber Blvd Ste 1
Smithfield RI 02917 1881

Classic Display, Inc.
80 Fountain Street
Pawtucket, RI 02860-1277

Commercial Heating Service & Sales
46 Pine Swamp Road
Cumberland, RI 02864-1002

Cox Communications
9 J.P. Murphy Highway
West Warwick, RI 02893-7528

Kristen Forbes Cuddy
Law Office of Joseph M. DiOrio, Inc.
144 Westminster Street
Suite 302
Providence, RI 02903-2216

Frank R. DeLuca
Piccerelli Gilstein  Company LLC
144 Westminster Street
Providence, RI 02903-2282

Dell Communication Credit
PO Box 689020
Des Moines IA 50368-9020

Department of Labor & Training
1151 Pontiac Avenue
Cranston, RI 02920 4407

Joseph M. DiOrio
Law Office of Joseph M. DiOrio, Inc.
144 Westminster Street
Suite 302
Providence, RI 02903-2216

Gary L. Donahue
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903-1744

Edward G. Avila, Esquire
Roberts, Carroll, Feldstein &
10 Weybosset Street
Providence RI 02903-2848

FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

First Insurance Funding Corp.
PO Box 66468
Chicago IL 60666-0419

Lisa A. Geremia
1350 Division Road
Suite 102
West Warwick, RI 02893-7553

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Michael Karpinski
832 Chopmist Hill Road
N. Scituate, RI 02857-1039

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

| | | |
|---|---|---|
| MRS Associates, Inc.<br>1930 Olney Avenue<br>Cherry Hill NJ 08003-2016 | National Grid<br>300 Erie Blvd. West<br>Syracuse, NY 13202-4250 | National Grid<br>Attn: Bankruptcy Dept.<br>300 Erie Blvd. West<br>Syracuse, NY 13202-4250 |
| Sandra Nicholls<br>U.S. Trustee's Office<br>U.S. Courthouse<br>One Exchange Terrace Suite 431<br>Providence, RI 02903-1744 | Ocean State Business<br>Development Authority<br>155 S. Main Street, #403<br>Providence RI 02903-2963 | Office Max<br>HSBC Business Solutions<br>PO Box 5239<br>Carol Stream IL 60197-5239 |
| Gardner H. Palmer Jr.<br>Law Office of Joseph H. DiOrio, Inc.<br>144 Westminster Street, Suite 302<br>Providence, RI 02903-2216 | Pawtucket Business Dev., Corp.<br>175 Main Street<br>Pawtucket RI 02860-4127 | Amanda M. Perry<br>Pannone Lopes Devereaux & O'Gara LLC<br>1301 Atwood Avenue, Suite 215 N<br>Johnston, RI 02919-4933 |
| Constant S. Poholek Jr.<br>30 Washington Street<br>Attleboro, MA 02703-5531 | R.I. Division of Taxation<br>1 Capitol Hill<br>Providence, RI 02908-5800 | RI Division of Taxation<br>Bankruptcy Unit<br>Chief Collection Section<br>One Capitol Hill<br>Providence, RI 02908-5816 |
| Andrew S. Richardson<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906-4015 | SABIC Innovative Plastics US LLC<br>ATTN: Val Venable<br>9930 Kincey Avenue<br>Huntersville, NC 28078-6541 | Sabic Palmer Shapes<br>PO Box 905715<br>Charlotte NC 28290-5715 |
| Small Business Administration<br>380 Westminster Mall<br>Providence RI 02903-3239 | State of RI - Division of Taxation<br>RI Division of Taxation<br>Bankruptcy Unit<br>One Capitol Hill<br>Providence, RI 02908-5800 | State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 |
| Tessiers General Store<br>837 Central Avenue<br>Pawtucket RI 02861-2150 | The Hartford<br>P.O. Box 7247-0234<br>Philadelphia, PA 19170-0001 | The Home Depot<br>PO Box 6029<br>The Lakes NV 88901-6029 |
| Total Plastics, Inc.<br>1661 Northfields Drive<br>Rochester MI 48309-3825 | Triangle Manufacturing Co.<br>P.O. Box 1070<br>Oshkosh, WI 54903-1070 | UPS<br>PO Box 7247-0244<br>Philadelphia PA 19170-0001 |
| WB Mason Co. Inc.<br>P.O. Box 55840<br>Boston, MA 02205-5840 | Wesco Oil Company<br>PO Box 17010<br>Smithfield RI 02917-0701 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Case 1:10-bk-10837    Doc 212-2    Filed 12/05/24    Entered 12/05/24 16:12:47    Desc
Exhibit    Page 7 of 7
Case 1:10-bk-10837    Doc 209    Filed 11/20/24    Entered 11/20/24 13:47:12    Desc Main
Document    Page 7 of 7

| | | |
|---|---|---|
| Citibank South Dakota NA<br>DBA<br>4740 121st St<br>Urbandale, IA 50323 | (d)Citibank South Dakota NA<br>DBA<br>4740 121st Street<br>Urbandale IA 50323 | (d)Citibank, N.A.<br>Payment Center, 4740 121st Street<br>Urbandale, IA 50323 |
| Internal Revenue Service<br>Insolvency Unit 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 | (d)Internal Revenue Service<br>Insolvency Unit - 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 | (d)Internal Revenue Service<br>380 Westminster St, 4th Fl<br>Providence, RI 02903 |
| (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bristol County Savings Bank | (u)Commercial Heating Service | (d)Joseph M. DiOrio<br>Law Office of Joseph M. DiOrio, Inc.<br>144 Westminster Street<br>Suite 302<br>Providence, RI 02903-2216 |
| (d)Michael Karpinski<br>832 Chopmist Hill Road<br>N. Scituate, RI 02857-1039 | (d)State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 | End of Label Matrix<br>Mailable recipients    55<br>Bypassed recipients    5<br>Total    60 |

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

# Exhibit C

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:  **CLASSIC DISPLAY, INC.,**          Case No.: 1:10-bk-10837

          Debtor.                          Chapter 7

### 80 FOUNTAIN STREET LLC'S MOTION FOR ISSUANCE OF A WRIT OF EXECUTION

Pursuant to Fed. R. Bankr. P. 7069 and Fed. R. P. 69, 80 Fountain Street, LLC ("80 Fountain") hereby requests the issuance of a Writ of Execution in the form of the attached exhibits.  In support of its Motion, 80 Fountain states as follows:

1. On May 3, 2011, Joseph M. DiOrio, the Chapter 7 Trustee of the herein Bankruptcy proceeding (the "Trustee"), filed an adversary proceeding Complaint against James M. Cronan ("Cronan") and Karen Cronan (now, Karen Merritt)[1] ("Merritt"), (*Adv. Pro. No. 11-1036*), seeking avoidance of the cash transfers, fraudulent transfers, property transfers and to recover the value thereof (the "Adversary Proceeding").

2. On November 30, 2012, this Court entered a Default Judgment (the "Judgment") in favor of the Trustee and against the Defendants James M. Cronan and Karen Cronan (now Karen Merritt) in the Adversary Proceeding.  The Judgment entered against (1) Defendant Cronan for damages in the amount of $244,936.03, plus 12% interest; and (2) against Defendant Merritt for damages in the amount of $16,400.00, plus 12% interest.

3. On November 27, 2024, the Trustee entered into a written Assignment of the Judgment. (A copy of the Assignment is annexed hereto as Exhibit 1.)

MOTION GRANTED        *Diane Finkle*      12/31/24

[1] The Adversary Proceeding Defendants James M. Cronan and Karen Cronan are now divorced and Karen Cronan now goes by her maiden name, Karen Merritt.

I hereby certify that this instrument, document, or item is a true and correct copy of the original filed on 12/31/2024 electronically filed/imaged original.
Attest: Jonathan E. Pincince, Clerk
U.S. Bankruptcy Court
District of Rhode Island
By: _____ Deputy Clerk

40

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

4.   On November 20, 2024, this Court entered an Order granting the Trustee's Motion for Approval of Sale of Judgment Pursuant to 11 U.S.C. §363 (the "Motion to Sell Judgments"). A copy of the Order granting the Motion to Sell Judgments is annexed hereto for the Court's reference as Exhibit 2. On December 5, 2024, a copy of the approved Assignment was filed with this Court.

5.   Pursuant to the Assignment of the Judgment, 80 Fountain is now the Judgment Creditor, and requests issuance of a Writ of Execution on the Judgment.

**WHEREFORE**, in light of the foregoing, 80 Fountain requests that this Court:

1.   Issue a Writ of Execution against James M. Cronan in the amount of $244,936.03 plus accruing post judgment interest in the amount of 12% per annum from the date of November 30, 2012, until paid in full, in the form attached to this Motion as Exhibit 3;

2.   Issue a Writ of Execution against Karen Merritt in the amount of $16,400.00 plus accruing post judgment interest in the amount of 12% per annum from the date of November 30, 2012, until paid in full, in the form attached to this Motion as Exhibit 4; and

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

3.  Issue a Certificate of Judgment for Registration in Another District in the for

attached to this Motion as Exhibit 5.

Respectfully submitted,
80 FOUNTAIN STREET, LLC,

By its Attorneys,

_/s/ Charles S. Beal_
Charles S. Beal (#5559)
Beal Law, LLC
55 Pine Street, Suite 400
Providence, RI 02903
Tel.:    (401) 270-6200
Fax:    (401 490-0117
cbeal@beallawllc.com

Date:   December 12, 2024

## RULE 1005-1(D) NOTICE

PLEASE TAKE NOTICE that within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

_/s/ Charles S. Beal_

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

## CERTIFICATE OF SERVICE

I hereby certify that, on December 12th, 2024, I electronically filed the foregoing document in the above-captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF system.  The following CM/ECF participants will receive notice electronically:

- Joseph M. DiOrio        jdiorio@pldolaw.com, aperry@pldolaw.com
- Edward G. Avila         eavila@rcfp.com, mmacknight@rcfp.com
- Steven J. Boyajian      sboyajian@rc.com, bvucci@rc.com
- Daniel E. Burgoyne      dburgoyne@psh.com, kfrancois@psh.com
- Gary L. Donahue         ustpregion01.pr.ecf@usdoj.gov
- Sandra Nicholls         Sandra.nicholls@usdoj.gov
- Constant S. Poholek     cplawwassociates@comcast.net, rebeccaprizio@gmail.com, poholekcr733344@notify.bestcase.com

I further certify that on December 6, 2024, I have mailed by United States Postal Service, postage pre-paid, the document to the following non CM-ECF participants:

James M. Cronan
25 Morgan Avenue
Warwick, RI 02889

Karen Merritt
91 Oak Street
Norton, MA 02766

                                        /s/  Charles S. Beal

43

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

# Exhibit D

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re:  **CLASSIC DISPLAY, INC.,**                Case No.: 1:10-bk-10837
             Debtor.                                          Chapter 7

## WRIT OF EXECUTION

Judgment Creditor:                          Amount of Judgment:
80 Fountain Street, LLC                    $244,936.03
80 Fountain Street                          Interest from:  November 30, 2012 at a rate
Pawtucket, RI 02860                       of 12% post-judgment interest

Judgment Debtor:
James M. Cronan
25 Morgan Avenue
Warwick, RI 02889

## TO THE UNITED STATES MARSHAL FOR THE
## DISTRICT OF RHODE ISLAND:

YOU ARE DIRECTED to levy upon the goods and chattels and real estate of the said
JAMES M. CRONAN within your precinct, and cause to be levied and paid unto the said 80
FOUNTAIN STREET, LLC the aforesaid sums, being $244,936.03, plus post-judgment interest
in the whole, and thereof also to satisfy yourself for your own fees.

## NOTICE TO THE JUDGMENT DEBTOR:

You are notified that federal and state exemptions may be available to you and that you
have a right to seek a Court order releasing as exempt any property specified in the Marshal's
schedule from levy.

Date:    December 31, 2024                    Clerk: _____
                                                            Clerk of the Bankruptcy Court

## UNITED STATES MARSHAL'S RETURN

I received this Writ on _____, 2024, and executed the same
on _____, 2024.

                                             _____
                                             United States Marshal

I hereby certify that this instrument, document no. 217 By:_____
filed on 12/31/2024 is a true and correct copy of the    Deputy Marshal
electronically filed/imaged original.
Attest: Jonathan E. Pincince, Clerk
U.S. Bankruptcy Court
District of Rhode Island
By: _____
— Deputy Clerk

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

# Exhibit E

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re:  **CLASSIC DISPLAY, INC.,**
           Debtor.

Case No.: 1:10-bk-10837
Chapter 7

## WRIT OF EXECUTION

Judgment Creditor:
80 Fountain Street, LLC
80 Fountain Street
Pawtucket, RI 02860

Amount of Judgment:
$16,400.00
Interest from: November 30, 2012 at a rate
of 12% post-judgment interest

Judgment Debtor:
Karen Merritt
91 Oak Street
Norton, MA 02766

## TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF RHODE ISLAND:

YOU ARE DIRECTED to levy upon the goods and chattels and real estate of the said KAREN MERRITT within your precinct, and cause to be levied and paid unto the said 80 FOUNTAIN STREET, LLC the aforesaid sums, being $16,400.00, plus post-judgment interest in the whole, and thereof also to satisfy yourself for your own fees.

### NOTICE TO THE JUDGMENT DEBTOR:

You are notified that federal and state exemptions may be available to you and that you have a right to seek a Court order releasing as exempt any property specified in the Marshal's schedule from levy.

Date: _____ December 31, 2024      Clerk: _____

Clerk of the Bankruptcy Court

## UNITED STATES MARSHAL'S RETURN

I received this Writ on _____, 2024, and executed the same
on _____, 2024.

_____
United States Marshal

I hereby certify that this instrument, document no. 218   By: _____
filed on 12/31/2024 is a true and correct copy of the
electronically filed/imaged original.      Deputy Marshal
Attest: Jonathan E. Pincince, Clerk
U.S. Bankruptcy Court
District of Rhode Island
By: A. Davi
Deputy Clerk

47

# Exhibit F

Date Filed 1/6/2025 5:12 PM
Superior Court - Bristol
Docket Number

B2650 (Form 2650) (12/15)

# United States Bankruptcy Court

District Of <u>Rhode Island</u>

| | |
|---|---|
| In re <u>Classic Display, Inc.</u> ) | Case No. <u>10-10837</u> |
| Debtor ) | |
| Joseph M. DiOrio, Chapter 7 ) | Chapter <u>7</u> |
| Trustee of Classic Display, Inc. ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| <u>James M. Cronan & Karen Cronan</u> ) | Adv. Proc. No. <u>11-1036</u> |
| Defendant ) | |

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on <u>November 30, 2012</u> as it appears in the records of this court, and that:

<div style="margin-left:2em">(date)</div>

☒ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____
<div style="margin-left:6em">(date)</div>

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____
<div style="margin-left:6em">(name of court)                              (date)</div>

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____
<div style="margin-left:4em">(date)</div>

The referenced Judgment was transferred to 80 Fountain Street, LLC
By Order of Judge Finkle on November 20, 2024.

_____
Clerk of the Bankruptcy Court

<u>1/3/2025</u>          By: _____
Date                                   Deputy Clerk

# EXHIBIT 5

Date Filed 1/13/2025 11:21 AM
Superior Court - Bristol
Docket Number 2573CV00006



# Commonwealth of Massachusetts

BRISTOL, ss.                                      TRIAL COURT OF THE COMMONWEALTH
                                                  SUPERIOR COURT DEPARTMENT
                                                  CIVIL DOCKET NO. 25 CV 00006

<u>80 Fountain Street, LLC</u>, PLAINTIFF(S)

                                                                    BRISTOL SUPERIOR COURT
v.                                                                          FILED

<u>James M. Cronan</u> and , DEFENDANT(S)
<u>Karen Merritt</u>                                                     JAN 1 3 2025

                                   **SUMMONS**                    JENNIFER A. SULLIVAN, ESQ.
                                                                     CLERK/MAGISTRATE
THIS SUMMONS IS DIRECTED TO Karen Merritt                    . (Defendant's name)

<u>You are being sued</u>. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's
Complaint filed against you is attached to this summons and the original complaint has been filed in the Bristol
Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.   <u>You must respond to this lawsuit in writing within 20 days.</u> If you do not respond, the court may
     decide the case against you and award the Plaintiff everything asked for in the complaint. You will also
     lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you
     expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an
     extension of time in writing from the Court.**

2.   How to respond. To respond to this lawsuit, you must file a written response with the court <u>and</u> mail a
     copy to the Plaintiff's Attorney (or Plaintiff, if unrepresented). You can do this by:
   a. Filing or mailing your signed original Answer to the Clerk's Office for Civil Business,
      _____ Court, 9 Court Street, Taunton, MA 02780 _____ (address),
      by mail or in person, **AND**
   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following
      address: 33 Broad St., 11th Fl., Boston, MA 02109 _____.

3.   What to include in your response. An "Answer" is one type of response to a Complaint. Your Answer
     must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint.
     Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to
     use them in court. If you have any claims against the Plaintiff (referred to as counterclaims) that are
     based on the same facts or transaction described in the Complaint, then you must include those claims in
     your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this
     lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your
     Answer or in a written demand for a jury trial that you must sent to the other side and file with the court
     no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a
     "Motion to Dismiss," if you believe that the complaint is legally invalid or legally insufficient. A
     Motion to Dismiss must be based on one of the legal deficiencies or reasons list under **Mass.R.Civ.P. 12.**
     If you are filing the Motion to Dismiss, you must also comply with the filing procedures for "Civil
     Motions" described in the rules of the Court in which the complaint was filed, available at
     **www.mass.gov.courts/case-legal-res/rulesofcourt.**

51

Date Filed 1/13/2025 11:21 AM
Superior Court - Bristol
Docket Number 2573CV00006

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss.

Witness, Hon. Michael D. Ricciuti, Chief Justice on _____, 20___.

Jennifer A. Sullivan, Esquire
Clerk of Courts

NOTE: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass.R.Civ.P. 4(d)(1-5)):

_____

_____

_____

Dated: _____, 20___     Signature: _____

N.B.     TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date Filed 1/13/2025 11:21 AM
Superior Court - Bristol
Docket Number 2573CV00906

**Proof of Service of Process**                    January 9, 2025

I hereby certify and return that on  January 9, 2025,  I served a copy of the within summons and together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ.P.4(d)(1-5))

**By giving in hand to Karen Merritt a true and attested copy thereof**

**To wit:**

     91 Oak Street

     Norton  , Massachusetts

**Time of Service: 11:45AM**

**Service and Travel: $95.00**

*Ronald Spear*

**Ronald Spear**
**Constable and Disinterested Person**
**84 Park Avenue, Worcester, MA 01609**

**N.B. TO PROCESS SERVER:-**
     **PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENANT IN THIS BOX
– BOTH ON THE ORIGINAL SUMMONS AND ON COPY OF THE SUMMONS SERVED ON THE
DEFENDANT.**                    **Dated January 9, 2025**

****Served along with Civil Action Cover Sheet, Complaint to Register Judgement with Exhibits 'A' through
Exhibit 'F', Civil Tracking Order, Motion for Special Process Server (allowed).

53

# EXHIBIT 6

Date Filed 1/17/2025 11:55 AM
Superior Court - Bristol
Docket Number 2573CV00006

#6

## Commonwealth of Massachusetts

BRISTOL, ss.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. __25 CV 00006__

__80 Fountain Street, LLC,__ PLAINTIFF(S)

v.

__James M. Cronah and__ , DEFENDANT(S)
__Karen Merritt__

**SUMMONS**

BRISTOL SUPERIOR COURT
FILED

JAN 17 2025

JENNIFER A. SULLIVAN, ESQ.
CLERK/MAGISTRATE

THIS SUMMONS IS DIRECTED TO __James M. Cronan__ . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Bristol Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

2.  **How to respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or Plaintiff, if unrepresented). You can do this by:
    a.  Filing or mailing your signed original Answer to the Clerk's Office for Civil Business, _____ Court, __9 Court St., Taunton, MA 02780__ (address), by mail or in person, **AND**
    b.  Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: __33 Broad St., 11th Fl., Boston, MA 02109__

3.  **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as counterclaims) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Answer or in a written demand for a jury trial that you must sent to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a "Motion to Dismiss," if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons list under Mass.R.Civ.P. 12. If you are filing the Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at **www.mass.gov.courts/case-legal-res/rulesofcourt.**

1/11/25   1:10 pm
Cindy Wilson

55

Date Filed 1/17/2025 11:55 AM
Superior Court - Bristol
Docket Number 2573CV00006

4.   **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5.   **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss.

Witness, Hon. Michael D. Ricciuti, Chief Justice on _____, 20___.


Jennifer A. Sullivan, Esquire
Clerk of Courts

**NOTE:** The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on ~~1/11/2025~~ _Jame M. Cronan_, 20 25, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass.R.Civ.P. 4(d)(1-5)): _by leaving a copy at his usual place of abode 25 Morgan Ave. Warwick Rhode Island 02889 with a person of suitable age and discretion (Cindy Wilson) on 1/11/2025 at 11:00pm_

Dated: _1/11_, 20 25    Signature: _[signature]_

N.B.    TO PROCESS SERVER: _11:10pm_    _Joseph Clark Constable Lic# 6026_

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

_1/11/2025_

56

# EXHIBIT 7

#8

BRISTOL SUPERIOR COURT
FILED

JAN 21 2025

JENNIFER A. SULLIVAN, ESQ
CLERK/MAGISTRATE

Clerk's Office for Civil Business
9 Court Street
Taunton, MA 02780
Re: Verified Request for Extension of Time to Respond to Summons Under the ADA
Civil Docket No. 25CV00006

Dear Clerk of the Court,

I am writing to respectfully request an extension of time to respond to the summons in the

case Civil Docket No. 25CV00006. Due to my disability, I require additional time to gather

necessary evidence and prepare my response.

In accordance with the Americans with Disabilities Act (ADA), I am requesting a reasonable

accommodation of an additional 30 days to file my response, which would be March 2, 2025.

This additional time will allow me to adequately address the complex issues involved in this case

·and ensure a fair opportunity to present my defense.

Additionally, my medical reports are private, and if required, I request instructions on how to

submit them to the court under seal to ensure my privacy.

Thank you for considering my request. Please let me know if any additional documentation or

information is required to support this request.


Respectfully Submitted,
Karen Merritt
Karen Merritt
91 Oak Street
Norton, MA 02766
508-239-4924


Verified Motion Declaration:
"I, Karen Merritt, declare under penalty of perjury under the laws of the Commonwealth of
Massachusetts that the foregoing is true and correct to the best of my knowledge and belief.

1

Dated this 21st day of January, 2025.

Respectfully Submitted,

Karen Merritt

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st  Day of January 2025, I filed and served a true copy of this document upon each party appearing pro se and the attorney of record for each other party via email to:

Charles Beal

Beal Law, LLC

55 Pine street, Suite 400

Providence, RI 02903

# EXHIBIT 8

Date Filed 1/29/2025 4:05 PM
Superior Court - Bristol
Docket Number 2573CV00006

#11

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                                         BRISTOL SUPERIOR COURT
                                                                             CIVIL ACTION NO. 2573CV00006

|  |  |
|---|---|
| 80 FOUNTAIN STREET, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES CRONAN and | ) |
| KAREN MERRITT | ) |
| | ) |
| Defendants. | ) |
| | ) |

BRISTOL,SS SUPERIOR COURT
FILED

JAN 2 9 2025

JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

## PLAINTIFF 80 FOUNTAIN STREET, LLC'S OPPOSITION TO DEFENDANT KAREN MERRITT'S REQUEST FOR EXTENSION TO ANSWER COMPLAINT

NOW COMES Plaintiff 80 Fountain Street, LLC (the "Plaintiff"), and submits its opposition to Defendant Karen Merritt's (the "Defendant") request for additional time to file an answer in this case. This action is a purely administrative proceeding to domesticate a Rhode Island judgment, against which there is no cognizable defense, for which the Defendant has already been twice defaulted, and for which Final Judgment has entered. Consequently, any putative answer would be wholly frivolous. In support thereof, the Plaintiff states further as follows:

1.      On May 16, 2011, Joseph M. DiOrio, the Chapter 7 Trustee of the Bankruptcy proceeding (the "Trustee"), filed the Adversary Proceeding against Cronan and Merritt seeking avoidance of cash transfers, fraudulent transfers, property transfers and to recover the value thereof. See Docket entry No. 1, United States Bankruptcy Court, District of

1

62

Rhode Island, Adversary Proceeding: 1:11-ap-01036 ("Adversary Docket"), Exhibit A.

2.      Summonses for the Complaint were served and executed on both Defendants. See Adversary Docket entry Nos. 10 and 11, Exhibit A.

3.      On November 30, 2012, the Bankruptcy Court entered the Default Judgment in favor of the Trustee and against the Defendants. The Judgement entered against (1) Cronan for damages in the amount of $244,936.03, plus 12% interest; and against (2) Merritt for damages in the amount of $16,400.00, plus 12% interest.  See Default Judgment, Exhibit B.

4.      Any appeal or motion to reconsider the Default Judgment was due by December 12, 2012, but no such appeal or motion to reconsider was filed. See Adversary Docket entry No. 55, Exhibit A.

5.      Writs of execution were issued and served on both Defendants. See Adversary Docket entry Nos. 61, 62, 64, and 65, Exhibit A.

6.      On March 26, 2015, The Trustee then filed a complaint to register the Default Judgment in Massachusetts. See Complaint to Register Judgment, Exhibit C.

7.      Summonses for the complaint were served and executed on both Defendants. See Docket entry Nos. 3 and 4, 1573CV00296, Joseph M Diorio, Chapter 7 Trustee of Classic Display, Inc. vs James M. Cronan, et al ("Massachusetts Docket"), Exhibit D.

8.      More than three months after filing the returns of service, and after no response or objection from the Defendant, the Trustee sought and obtained a default judgment in the Massachusetts action pursuant to Mass. R. Civ. P. 55(a). See Docket entry No. 10, Massachusetts Docket, Exhibit D.

2

Date Filed 1/29/2025 4:05 PM
Superior Court - Bristol
Docket Number 2573CV00006

9.    The Trustee also sought and obtained Writs of Execution against both Defendants, also without opposition.  See Docket entry Nos. 11-13, Massachusetts Docket, Exhibit D.

10.    On November 20, 2024, the Bankruptcy Court approved the Trustee's sale of the Default Judgment to the Plaintiff, and sent notice of same to the Defendants. See Order Granting Motion for Approval of Sale of Judgments Pursuant to 11 U.S.C. §363 and Notice of Intent to Sell Judgments by Private Sale and Invitation for Competing Bids, Exhibit E.

11.    The Defendant did not dispute the Sale.

12.    Pursuant to the written Assignment of the Judgment, the Plaintiff is now the Judgment Creditor of the Default Judgment against the Defendants in the Adversary Proceeding, succeeding the Trustee in all right, title, and interest in and to the Default Judgment.  See Assignment of Judgment, Exhibit F.

13.    After consummation of the Assignment, the Plaintiff sought and received Writs of Execution in favor of the Plaintiff against the Defendant in Rhode Island. See Writs of Execution, Exhibit G.

14.    Prior to filing the instant action, the Plaintiff sought and received certification from the Bankruptcy Court that no appeal has been filed. See Certification of Judgment for Registration in Another District, Exhibit H.

15.    The original Default Judgment was issued more than twelve years ago, and the Defendant was again defaulted when the Trustee, the Plaintiff's predecessor in interest, registered that judgment in Massachusetts nearly ten years ago.

3

Date Filed 1/29/2025 4:05 PM
Superior Court - Bristol
Docket Number 2573CV00006

16.     The Defendant, the very same who was defaulted in the Trustee's action to register the Default Judgment in Massachusetts, now seeks an extension of time to answer the Plaintiff's attempt to register the same Default Judgment as the Trustee's successor in interest.

17.     No extension of time is warranted, however, because the Defendant is precluded from raising any defense to the registration of the Default Judgment by the doctrine of *res judicata*, specifically claim preclusion.

18.     "Claim preclusion makes a valid, final judgment conclusive on the parties and their privies, and prevents relitigation of all matters that were or could have been adjudicated in the action." Kobrin v. Board of Registration in Med., 444 Mass. 837, 843, 832 N.E.2d 628 (2005), quoting O'Neill v. City Manager of Cambridge, 428 Mass. 257, 259, 700 N.E.2d 530 (1998).

19.     "[C]laim preclusion requires three elements: '(1) the identity or privity of the parties to the present and prior actions, (2) identity of the cause of action, and (3) prior final judgment on the merits.'" Kobrin, 444 Mass. at 843, quoting DaLuz v. Department of Correction, 434 Mass. 40, 45, 746 N.E.2d 501 (2001).

20.     All three elements are clearly present in this case.

21.     The Trustee's assignment of the Default Judgment to the Plaintiff, by which it succeeded to all right, title, and interest in and to the Default Judgment, means that the Plaintiff is in privity with the Trustee with respect to all matters pertaining to the Default Judgment, including any and all efforts to collect on it against the Defendants.

22.     This cause of action is identical in all facets to the registration of judgment action filed by the Trustee. It seeks to register the exact same Default Judgment issued in the

4

65

Date Filed 1/29/2025 4:05 PM
Superior Court - Bristol
Docket Number 2573CV00006

Adversary Proceeding. See Exhibit C and the Verified Complaint filed in this case.

23.    For claim preclusion purposes, the Default Judgment obtained by the Trustee in the Massachusetts action to register the original Default Judgment issued in the Adversary Proceeding operates as a final disposition of the claims in that action, and has the same conclusive effect on the parties to that action as a judgment entered after a trial on the merits would have had. See Riehle v. Margolies, 279 U.S. 218, 225, 49 S.Ct. 310, 73 L.Ed. 669 (1929); United States v. $23,000 in United States Currency, 356 F.3d 157, 163 (1st Cir.2004).

24.    All three elements of claim preclusion having been satisfied, the Defendant can offer no non-frivolous defense of the Complaint in this action, and therefore should not be entitled to any extension of time to answer.

25.    Finally, to the extent that the Defendant intends to use this forum to contest the underlying claims giving rise to the Default Judgment issued more than twelve years ago, the time to do so has long since passed.

WHEREFORE, Plaintiff 80 Fountain Street, LLC, requests that the Court DENY the Defendant's request for additional time to respond to the Complaint.

Respectfully Submitted,
**80 FOUNTAIN STREET, LLC**
By their attorney,

/s/ Blake J. Godbout

Blake J. Godbout, BBO# 196380
blake@bjgalaw.com
John T. Fiegel, Esq., BBO# 688904
jfiegel@bjglaw.com
GODBOUT LAW PLLC
33 Broad Street, 11th Floor
Boston, MA 02109
Tel: 617-523-6677

Dated: January 24, 2025

5

Date Filed 1/29/2025 4:05 PM
Superior Court - Bristol
Docket Number 2573CV00006

## CERTIFICATE OF SERVICE

On January 24, 2025, I served a true copy of the above document via email and first-class mail upon:

James M. Cronan
Email: mikecronan123@gmail.com
25 Morgan Avenue
Warwick, RI 02889

Karen Merritt
Email: karen.hgm@aol.com
91 Oak Street
Norton, MA 02766

/s/ Blake J. Godbout

_____

Blake J. Godbout

6

# EXHIBIT 9

#11.1

## COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.

BRISTOL SUPERIOR COURT
CIVIL ACTION NO. 2573CV00006

|  |  |
|---|---|
| 80 FOUNTAIN STREET, LLC | ) |
| Plaintiff, | ) |
| v. | ) |
| JAMES CRONAN and KAREN MERRITT | ) |
| Defendants. | ) |

BRISTOL,SS SUPERIOR COURT
FILED

JAN 2 9 2025

JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

### PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

NOW COMES the Plaintiff 80 Fountain Street, LLC, and respectfully request that the Court schedule Oral Arguments for the Defendant Karen Merritt's request for additional time to file an answer in this case.

Respectfully Submitted,
**80 FOUNTAIN STREET, LLC**
By their attorney,

/s/ Blake J. Godbout

Blake J. Godbout, BBO# 196380
blake@bjgalaw.com
John T. Fiegel, Esq., BBO# 688904
jfiegel@bjglaw.com
GODBOUT LAW PLLC
33 Broad Street, 11th Floor
Boston, MA 02109
Tel: 617-523-6677

Dated: January 24, 2025

1

## CERTIFICATE OF SERVICE

On January 24, 2025, I served a true copy of the above document via email and first-class mail upon:

James M. Cronan
Email: mikecronan123@gmail.com
25 Morgan Avenue
Warwick, RI 02889

Karen Merritt
Email: karen.hgm@aol.com
91 Oak Street
Norton, MA 02766

/s/ Blake J. Godbout
_____

Blake J. Godbout

2

70

# EXHIBIT 10

| NOTICE TO APPEAR FOR MOTION HEARING | DOCKET NUMBER 2573CV00006 | Massachusetts Trial Court The Superior Court Department |
|---|---|---|

| CASE NAME 80 Fountain Street, LLC vs. Cronan, James et al | Jennifer A Sullivan Bristol County |
|---|---|

| TO: Karen Merritt 91 Oak Street Norton, MA 02766 | COURT NAME AND ADDRESS Bristol County Superior Court - Taunton 9 Court Street, Rm 13 Taunton, MA 02780 |
|---|---|

The Court will hear the following event:  **MOTION HEARING**

Counsel should appear as follows:  **Date: 02/27/2025**

**Time: 02:00 PM**

**Event Type: In Person**

Session/ Courtroom Location:  **Main Courtroom**

**Further Orders of the Court.**

#9 Karen Merritt's Request for Extension of Time to Respond with Opposition
#10 James Cronan's Request for Extension of Time to Respond with Opposition
#13 Motion to Provide Medical Documentation Under Seal
#14 Motion for Clarification and Extension of Time Under the ADA
#15 Motion for Reasonable Accommodations Under the ADA
#16 Motion to Respond to Opposing Counsel's Request to Deny Extension

| DATE ISSUED 2/5/25 | ASSOCIATE JUSTICE Hon. Katie Rayburn | |
|---|---|---|

SCV012a 01/15/2024    www.mass.gov/courts    Date/Time Printed:02-05-2025 12:40:26

| NOTICE TO APPEAR FOR MOTION HEARING | DOCKET NUMBER 1573CV00296 | Massachusetts Trial Court The Superior Court Department |
|---|---|---|

| CASE NAME Diorio, Chapter 7 Trustee of Classic Display, Inc., Joseph M vs. Cronan, James M et al | Jennifer A Sullivan Bristol County |
|---|---|

| TO: Karen Cronan 91 Oak Street Norton, MA 02766 | COURT NAME AND ADDRESS Bristol County Superior Court - Taunton 9 Court Street, Rm 13 Taunton, MA 02780 |
|---|---|

The Court will hear the following event:    **MOTION HEARING**

Counsel should appear as follows:    **Date: 02/27/2025**

**Time: 02:00 PM**

**Event Type: In Person**

**Session/ Courtroom Location:**    **Main Courtroom**

**Further Orders of the Court.**

#14 80 Fountain Street's Motion to Substitute as Plaintiff and for Reissuance of Execution with Opposition

| DATE ISSUED 2/5/25 | ASSOCIATE JUSTICE Hon. Katie Rayburn | |
|---|---|---|

SCV012a 01/15/2024          www.mass.gov/courts          Date/Time Printed:02-05-2025 12:50:09